# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Federal Trade Commission

          Plaintiff,

v.                                  Case No.: 1:10–cv–06123
                                  Honorable Ronald A. Guzman

American Tax Relief LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 5, 2010:

       MINUTE entry before Honorable Arlander Keys: Status hearing held. By agreement of the parties, and as discussed in open court today, the Receiver is directed to transfer forthwith to Sheppard, Mullin, Richter & Hampton, the funds seized from the trust account held on behalf of ATR. Those funds will remain intact in that trust account and will not be allocated or transferred pending this Courts final ruling on the attorneys fees issue. Further, on that issue, the FTC is to file its brief by November 10, 2010; the defendants are to file their response by November 15, 2010, and the FTC will file its reply, if any, by November 17, 2010. The Receiver shall file his brief on the issue by November 10, 2010. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.