

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**                                                                                           (312) 435-5691

August 3, 2011

U.S. District Court, Central District of California

Edward R. Roybal Federal Building
and Courthouse
255 East Temple Street, Room 181
Los Angeles, CA 90012-3332

**RE:**   Federal Trade Commission v. American Tax Relief LLC et al.
**Case No:**   10-cv-06123

Dear Clerk:

Pursuant to the order entered by Honorable Ronald A. Guzman, on July 20, 2011 the above record

- ■ was electronically transmitted to USDC for the Central District of California.
- ■ Paper Document (Entry No. 21) sent via UPS Tracking No. 1Z 6E2 520 02 9694 9589

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                                Sincerely yours,
                                                                **Michael W. Dobbins, Clerk**

                                                                By:   /s/ Melissa Rivera
                                                                          Deputy Clerk

New Case No. _____     Date _____

cc:   Non-ECF Attorneys and Pro se Parties